JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Rebhi Maher Asalieh,
Petitioner,
v.
Secretary of Homeland Security, et al.,
Respondents.

No. 5:26-cv-02409-RGK-SK

**JUDGMENT**

In accordance with the Stipulated Order Granting Petition under 28 U.S.C. § 2241, IT IS ADJUDGED that Petitioner **Rebhi Maher Asalieh (A# 780-01-289)** shall be RELEASED from ICE custody immediately on the same order of supervision (OSUP) in effect before Petitioner's most recent arrest and re-detention.

Dated: August 12, 2026

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE